UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ABDUL RASHEED YAHAYA,

        Defendant.

- - - - - - - - - - - - - - -X

U N S E A L I N G   O R D E R

No. 18-CR-121-JBW-2

      Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Saritha Komatireddy, for an order unsealing the above-captioned case.

      WHEREFORE, it is ordered that the above-captioned case be unsealed.

                            s/Sanket J. Bulsara
                            THE HONORABLE SANKET J. BULSARA
                            UNITED STATES MAGISTRATE JUDGE
                            EASTERN DISTRICT OF NEW YORK

Dated: April 4, 2018
       Brooklyn, New York