**MINUTE ENTRY FOR CRIMINAL PROCEEDING**

BEFORE MAG. JUDGE Sanket Bulsara          DATE: 4/4/18

DOCKET NUMBER: 18 CR 121 (JBW)          LOG #: 6:07 - 6:49

DEFENDANT'S NAME: Abdul Rasheed Yahaya

✓ Present    ___ Not Present    ✓ Custody    ___ Bail

DEFENSE COUNSEL: Michael Brown

✓ Federal Defender    ___ CJA    ___ Retained

A.U.S.A: Saritha Komatireddy          CLERK: J Chin

INTERPRETER : _____ (Language)

✓ Defendant arraigned on the : ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held. ✓ Defendant's first appearance.

    ✓ Bond set at _____ ROR _____. Defendant ✓ released ___ held pending

    ✓ satisfaction of bond conditions.

    ✓ Defendant advised of bond conditions set by the Court and signed the bond.

    ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

    ___ (Additional) surety/ies to co-sign bond by _____

    ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 4/4/18 Stop 4/11/18

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 4/11/18 @ 10:30 before Judge Weinstein

Other Rulings : Defe counsel argued for release on bond. govt opposed based on risk of flight and requested if bail is set, electronic monitoring should be included as a condition as well as a dollar amount with 1 surety to sign the bond. Court denied the govt's request and set ~~bond~~ a ROR bond.