

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SME
F.#2017R01829

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 31, 2018

<u>By Hand and ECF</u>

Amanda David, Esq.
Michelle Gelernt, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY  11201

   Re: United States v. Abdul Rasheed Yahaya
     <u>Criminal Docket No. 18-121 (JBW)</u>

Dear Ms. David and Ms. Gelernt:

  Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the discovery provided on June 25, 2018, August 2, 2018, September 6, 2018, and October 1, 2018.  The government renews its request for reciprocal discovery from the defendant.

  Enclosed please find the following:

- Records from 1&1 Mail, in a file folder Bates-stamped ARY-004120;

- Records from Computershare, in a file folder Bates-stamped ARY-004121;

- Records from Google, in a file folder Bates-stamped ARY-004122;

- Records from Maxmind, in a file folder Bates-stamped ARY-004123;

- Records from Oath, in a file folder Bates-stamped ARY-004124;

- Records from Suntrust Bank, Bates-stamped ARY-004125 to ARY-004392, certain of which records were previously produced to you as documents Bates-stamped ARY-002039 to ARY-002049 and ARY-003392 to ARY-003457;

- Records from T-Mobile, in a file folder Bates-stamped ARY-004393; and

- Records from the State of Georgia, Department of Driver Services, Bates-stamped ARY-004394 to ARY-004395.

Please contact us if you have any questions or requests.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:  /s/
Sarah Evans
Saritha Komatireddy
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:   Clerk of the Court (JBW) (by ECF) (without enclosures)

2